1  BARCELO, HARRISON & WALKER, LLP
   Reynaldo C. Barceló, CA State Bar No. 199741
2  E-mail: rey@bhiplaw.com
   2901 West Coast Hwy, Suite 200
3  Newport Beach, California 92663
   Telephone:  (949) 340-9736         NOTE: CHANGES MADE BY THE COURT
4  Facsimile:  (949) 258-5752

5  *Attorneys for Plaintiff and Counterclaim Defendant,*
   *TMI Products, Inc.*
6
   KOLISCH HARTWELL, P.C.
7  Owen W. Dukelow, CA State Bar No. 196265
   email:  owen@khpatent.com
8  David P. Cooper, Oregon Bar No. 880367 (admitted *pro hac vice*)
   email:  cooper@khpatent.com
9  Desmond J. Kidney, Oregon Bar No. 131558 (admitted *pro hac vice*)
   email:  desmond@khpatent.com
10 260 Sheridan Avenue, Suite 200
   Palo Alto, California   94306
11 Telephone:  (503) 224-6655
   Facsimile:  (503) 295-6679
12
   *Attorneys for Defendant and Counterclaim Plaintiff*
13 *Rosen Electronics, L.P., f/k/a Rosen Entertainment Systems, L.P.*

14                UNITED STATES DISTRICT COURT

15            FOR THE CENTRAL DISTRICT OF CALIFORNIA

16 |                                    | Case No. 5:12-cv-02263-RGK-SP |
   | TMI PRODUCTS, INC.,                |                               |
17 |                                    |                               |
   |         Plaintiff,                 | [~~PROPOSED~~] **JUDGMENT**   |
18 |                                    |                               |
19 |     v.                             |                               |
20 | ROSEN ELECTRONICS, L.P., f/k/a     |                               |
   | ROSEN ENTERTAINMENT                |                               |
21 | SYSTEMS, L.P.                      |                               |
22 |                                    |                               |
   |         Defendant and              |                               |
23 |         Counterclaim Plaintiff,    |                               |
24 |     v.                             |                               |
25 | TMI PRODUCTS, INC.,                |                               |
26 |                                    |                               |
   |         Counterclaim Defendant.    |                               |
27

28

For the reasons stated in:

- the Court's Order Granting Plaintiff's Motion for Partial Summary Judgment on Defendant's patent invalidity counterclaim, dated November 27, 2013 (Dkt. No. 61),
- the Court's Order on the Parties' Joint Stipulation Regarding Dismissal of Certain Claims and Counterclaims, dated March 14, 2014 (Dkt. No. 70),
- the Court's Order Granting Defendant's Motion for Summary Judgment of Non-Infringement, Denying Plaintiff's Motion for Summary Judgment of Infringement and Motion for Preliminary Injunction, and Denying Without Prejudice Plaintiff's Motion for Partial Summary Judgment on Defendant's Ownership Counterclaim, dated April 30, 2014 (Dkt. No. 133), and
- the Court's Order Dismissing Plaintiff's Breach of Contract Claim Without Prejudice, dated May 9, 2014 (Dkt. No. 147);

IT IS ORDERED AND ADJUDGED:

that Plaintiff shall take nothing from Defendant **by way of this action**, and that judgment for Defendant is granted.

Dated: May 23, 2014

_____
Hon. R. Gary Klausner
United States District Court Judge