RECEIVED
CLERK, U.S. DISTRICT COURT

11/6/14

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_MAT\_\_\_\_ DEPUTY

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**TMI PRODUCTS INC,**
*Plaintiff-Appellant,*

v.

**ROSEN ENTERTAINMENT SYSTEMS LP,**
*Defendant-Appellee.*

———————————

2014-1553

———————————

Appeal from the United States District Court for the Central District of California in No. 5:12-cv-02263-RGK-SP, Judge R. Gary Klausner.

-------------------------------------------------------------------

**TMI PRODUCTS INC,**
*Plaintiff-Appellee,*

v.

**ROSEN ENTERTAINMENT SYSTEMS LP,**
*Defendant-Appellant.*

———————————

2014-1585

———————————

2             TMI PRODUCTS INC v. ROSEN ENTERTAINMENT SYSTEMS

Appeal from the United States District Court for the Central District of California in No. 5:12-cv-02263-RGK-SP, Judge R. Gary Klausner.

_____

## ON MOTION

_____

## O R D E R

Rosen Electronics, L.P. moves without opposition to voluntarily dismiss its cross-appeal, No. 2014-1585, pursuant to Federal Rule of Appellate Procedure 42(b).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. Appeal No. 2014-1585 is dismissed.

(2) The revised official caption is reflected above.

(2) Each side shall bear its own costs in Appeal No. 2014-1585.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

ISSUED AS A MANDATE (as to 2014-1585 only): November 6, 2014

s30